UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Dennis G. Huckins</u>

    v.                                    Civil No. 11-cv-106-JD

<u>Mark McSweeney, et al.</u>

O R D E R

On today's date, a preliminary pretrial conference was held in this case. The following attorneys appeared: Attorney Jason R.L. Major for plaintiff and Attorney Charles P. Bauer for defendants. The court approves the proposed Joint Discovery Plan (document no. 6) with the following amendments:

    Joinder of Additional Parties: May 31, 2011.

    Third-Party Actions: May 31, 2011.

    Amendment of Pleadings: May 31, 2011.

    Trial Date: Two-week period beginning June 19, 2012.

The parties concurred with respect to each of the aforementioned amendments.

                                      _____
                                      Landya B. McCafferty
                                      United States Magistrate Judge

Date: May 11, 2011

cc:    Charles P. Bauer, Esq.
        Jason R.L. Major, Esq.