```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF NEW HAMPSHIRE
```

Dennis G. Huckins

     v.                                     Civil No. 11-cv-106-JD

Mark McSweeney, et al.

### O R D E R

On March 14, 2013, the Court issued an Order certifying a question to the New Hampshire Supreme Court. The case is now stayed pending an answer to this question.

Counsel is ordered to notify the Court within ten days after the Supreme Court has resolved this question. A copy of the Order shall also be provided to this Court.

    SO ORDERED.

                                            */s/ Joseph A. DiClerico, Jr.*
                                            Joseph A. DiClerico, Jr.
                                            United States District Judge

Date: March 17, 2013

cc:   Jason Major, Esq.
       Samantha Dowd Elliott, Esq.
       Charles Bauer, Esq.